**SVENSKA AMERIKA LINIEN v. ELTING, Collector of Customs.**

District Court, S. D. New York.
May 23, 1929.

Verdict directed in favor of plaintiff.

Wood, Molloy & France, of New York City, for plaintiff.

United States Attorney, for defendant.

THACHER, District Judge.

Defendant justifies retention of plaintiff's money under section 16 (c) of the Immigration Act of 1924 (8 USCA § 216), but under this section the Secretary was required to find either knowledge of or failure to exercise reasonable diligence to ascertain a fact, U. S. v. Compagnie Generale Transatlantique (C. C. A.) 26 F.(2d) 195, which was unknown and not discoverable until after the alien had been transported to this country, Compagnie Francaise de Navigation a Vapeur v. Elting (C. C. A.) 19 F.(2d) 773. From this it follows that his finding was arbitrary, and plaintiff is entitled to recover.

Verdict is accordingly directed in favor of plaintiff for the sum of $3,461.22.